[No. 61517-3-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY JAY ABEGG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00855-6, Thomas J. Wynne, J., entered March 25, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62283-8-I.   Division One.   December 22, 2008.]

*In the Matter of the Personal Restraint of* VIET VU, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 62293-5-I.   Division One.   December 22, 2008.]

*In the Matter of the Personal Restraint of* WILLIAM V. PURSLEY, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 62447-4-I.   Division One.   December 22, 2008.]

*In the Matter of the Dependency of* G.L.

STEVEN LONG, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-7-01189-4, Ronald Kessler, J., entered April 16, 2007. *Affirmed* by unpublished per curiam opinion.